FILED

01/23/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0691

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No.: DA 23-0691

DETENTION OFFICERS,

     Plaintiffs/Appellants,

vs.

MISSOULA COUNTY, a political subdivision
of the State of Montana,

     Defendants/Appellees.

**ORDER FOR DISMISSAL WITH PREJUDICE**

Upon review of the Joint Motion for Dismissal with Prejudice, and good cause appearing therefore;

IT IS HEREBY ORDERED the above-entitled action is dismissed with prejudice with each of the parties to bear their own attorney's fees and costs.

DATED this __ day of January, 2025.

For the Court

By: _____
             Justice

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 23 2025